

ORDERED in the Southern District of Florida on May 27, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT
OF FLORIDA
www.flsb.uscourts.gov

In re: Juan Garcia and         Case No: 13-37865
Jaqueline Garcia

Chapter 13

_____Debtors___/

### ORDER GRANTING MOTION TO PAYOFF PERSONAL PROPERTY HELD BY SUNTRUST BANK

THIS CASE came to be heard on __May 13, 2014__ on the *Debtors' Motion to Payoff Personal Property* (DE __65__; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

_X_ Motor vehicle described as follows:

    2008 Chevrolet Tahoe 4D

    Vehicle Identification Number (VIN #): 1GNFC13028R191020

    Odometer reading: 83,380

___ Personal property other than a motor vehicle described as follows:

    is $ _____ at the time of the filing of

this case. Consequently, it is **ORDERED** as

follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $14,641.99@5.25% interest for a total payment of $16,679.56.

3. (Select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

                      or

    _X_ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in

       the amount of $ __0.00__ , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at __5.25__ % for a total of $__16,679.56__          .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

#

Submitted By:

Robert Samchez, Esq.
355 West 49 Street
Hialeah, FL 33012

Attorney  Robert Sanchez, Esq.  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.